No. — – —. WHEELER *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. D–1461. IN RE DISBARMENT OF WEINFELD. Disbarment entered. [For earlier order herein, see *ante,* p. 923.]

No. D–1468. IN RE DISBARMENT OF LAUDANI. Disbarment entered. [For earlier order herein, see *ante,* p. 997.]

No. D–1470. IN RE DISBARMENT OF ROCKER. Disbarment entered. [For earlier order herein, see *ante,* p. 1037.]

No. D–1471. IN RE DISBARMENT OF NILES. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1472. IN RE DISBARMENT OF CULLEN. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1473. IN RE DISBARMENT OF BOSTIC. Disbarment entered. [For earlier order herein, see *ante,* p. 1054.]

No. D–1474. IN RE DISBARMENT OF MURPHY. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1475. IN RE DISBARMENT OF KINCAID. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1476. IN RE DISBARMENT OF GIBBES. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1477. IN RE DISBARMENT OF DAWKINS. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1479. IN RE DISBARMENT OF KING. Disbarment entered. [For earlier order herein, see *ante,* p. 1039.]

No. D–1482. IN RE DISBARMENT OF KNIGHT. Disbarment entered. [For earlier order herein, see *ante,* p. 1039.]